UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELLAMAE MYERS-DESCO, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01746-RLH-PAL |
| vs. | ) | **ORDER** |
| LOWE'S HIW, INC., | ) | (Mtn to Remove - Dkt. #21) |
| Defendant. | ) | |

This matter is before the court on the Motion to Remove Counsel From CM/ECF Service List and Request to Discontinue Notice and Special Notice (Dkt. #21) filed February 14, 2011. Rebekah L. Baumgardner seeks to withdraw as counsel of record for Plaintiff Ellamae Myers-Desco and be removed from the CM/ECF service list. The Motion represents that Ms. Baumgardner is no longer associated with Nelson Law Firm, which firm will continue to represent Plaintiff. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on October 7, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Remove (Dkt. #21) is GRANTED.
2. Plaintiff shall no longer be represented by Ms. Baumgardner, bur she shall continue to be represented by Nelson Law.
3. The Clerk shall remove Ms. Baumgardner from the CM/ECF service list.

Dated this 1st day of March, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE