1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6                    **DISTRICT OF NEVADA**

7                            * * *

8    ELLAMAE MYERS-DESCO,              )
                                       )
9                  Plaintiff(s),       )        Case No. 2:10-cv-1746-RLH-PAL
                                       )
10         vs.                         )              **O R D E R**
                                       )        (Motion to Set Bond–#32)
11   LOWE'S HIW, INC.,                 )
                                       )
12                 Defendant(s).       )
     _____)

13

14         Before the Court is Plaintiffs **Request for Setting of Bond to Stay Enforcement of**

15   **Judgment Pending Appeal** (#32, filed May 13, 2011).  No response or opposition has been filed.

16         The Court confesses some confusion for the purpose of this Request.  Plaintiff's case

17   was dismissed upon a motion to dismiss, for her failure to state a claim upon which relief could be

18   granted.  Thereafter, Defendant filed a Bill of Costs in the amount of $350.00, which was uncon-

19   tested.  Now, Plaintiff asks the Court to set a *supersedeas* bond to stay enforcement of the judgment

20   in the case pending her appeal.  This is usually a request by a defendant when there is an actual

21   judgment.

22         The only "judgment" at issue here would be the assessment of costs, which is not

23   technically a judgment, and the amount of which seems abundantly clear.  The Court is not entirely

24   sure of the purpose of this motion.  The enforcement of the assessment of costs could be easily stayed

25   by posting a bond in the amount of the costs, *i.e.,* $350.00.  Moreover,   it occurs to the Court that it

26   probably would have cost less to pay the costs than to pay an attorney to bring this motion, however, I

                                       1

1   digress.  However, Plaintiff does not request approval of a bond in that amount, as is provided in Fed.

2   R. Civ. P. 62(d), rather, she asks the Court to "set" the bond.

3           IT IS THEREFORE ORDERED that the supersedeas bond required in this case is in

4   the amount of $350.00, and the matter will be stayed upon the depositing or filing of a bond in that

5   amount with the Clerk of Court.

6           Dated: July 8, 2011.

**Roger L. Hunt**
**United States District Judge**