Malani L. Kotchka
Nevada Bar No. 283
mkotchka@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for Defendant
Lowe's HIW, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELLAMAE MYERS-DESCO, ) | |
| ) | Case No.  2:10-cv-01746-RLH-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER FOR** |
| ) | **DISMISSAL WITH PREJUDICE** |
| LOWE'S HIW, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Ellamae Myers-Desco and Defendant Lowe's HIW, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be

…

…

…

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

DATED this 1st day of November, 2012.

| NELSON LAW | LIONEL SAWYER & COLLINS |
|---|---|
| By: /s/ Sharon L. Nelson<br>Sharon L. Nelson<br>8670 W. Cheyenne Avenue<br>Suite 120<br>Las Vegas, NV  89129 | By: /s/ Malani L. Kotchka<br>Malani L. Kotchka<br>1700 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV  89101 |
| Attorneys for Plaintiff | Attorneys for Defendant<br>Lowe's HIW, Inc. |

**ORDER**

Upon receipt and review of the foregoing Stipulation and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE
ROGER L. HUNT

Dated: November 2, 2012

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2